United States District Court
for the District of New Jersey

_____ :
: :
**UNITED STATES OF AMERICA** :
: Civil No. 09-1151
Plaintiff :
: Order of Reassignment
**PATRIOT CONTRACTING CORPORATION, ET AL** :
: :
Defendant :
_____ :

It is on this 23rd day of June 2009,

O R D E R E D that the entitled action is reassigned

from Judge Stanley R. Chesler to Judge Jose L. Linares..

                                          S/Garrett E. Brown, Jr.
                                      Garrett E. Brown, Jr., Chief Judge
                                      United States District Court